## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **PAUL KLICK III AND JULIE KLICK,**<br><br>PLAINTIFF,<br><br>vs.<br><br>**ASBESTOS CORPORATION, LTD, ET AL,**<br><br>DEFENDANTS. | Case No.: 3:20-cv-16654 (MAS) (DEA) |

**DEFENDANTS JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER INC.'S RULE 7.1.1 DISCLOSURE OF THIRD PARTY LITIGATION FUNDING**

Pursuant to Local Civil Rule 7.1.1, Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. state that no person or entity that is not a party is providing funding for some or all of their attorneys' fees and expenses for this lawsuit on a non-recourse basis in exchange for (1) contingent financial interest based upon the result of this lawsuit or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Dated: July 29, 2021

Respectfully Submitted,

By: */s/ John C. Garde*
John C. Garde, Esq.
Member of the Firm
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey  07102
973-639-2032 (telephone)
973-297-2876 (facsimile)
jgarde@mccarter.com
*Attorneys for Defendants,*
*Johnson & Johnson and Johnson &*
*Johnson Consumer Inc.*

## CERTIFICATE OF SERVICE

I certify that on July 29, 2021, I electronically filed a copy of this Rule 7.1.1 Disclosure of Third Party Litigation Funding with the Clerk of the Court using the CM/ECF system and also served a copy of this document upon all counsel of record via eCourts.

*/ s/ John C. Garde*
John C. Garde
