IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL KLICK III and JULIE KLICK, h/w, Plaintiff, <br><br> v. <br><br> ASBESTOS CORPORATION, LTD., et al., <br><br> Defendants. | Case No. 3:20-cv-16654 MAS-DEA <br><br><br> CIVIL ACTION |

**METROPOLITAN LIFE INSURANCE COMPANY'S
RULE 7.1.1 DISCLOSURE OF THIRD-PARTY LITIGATION FUNDING**

Pursuant to local Civil Rule 7.1.1, Defendant Metropolitan Life Insurance Company ("Metropolitan Life") states that no person or entity that is not a party is providing funding for attorneys' fees or expenses for this lawsuit on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Dated:  August 3, 2021

METROPOLITAN LIFE INSURANCE
COMPANY BY COUNSEL

/s/ Alexandra G. Caruso
Alexandra G. Caruso
CARUSO SMITH PICINI, P.C.
60 Route 46 East
Fairfield, New Jersey 07004
ATTORNEYS FOR DEFENDANT
METROPOLITAN LIFE
INSURANCE COMPANY

Doc #  RO/22105311v3