**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| PAUL KLICK III *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS CORPORATION LTD. *et al.*,<br><br>Defendants. | Civil Action No. 20-16654 (MAS) (DEA)<br><br>**ORDER** |

This matter comes before the Court on Plaintiffs Paul Klick III and Julie Klick's ("Plaintiffs") unopposed Motion to Remand. (ECF No. 117.) Also before the Court is a proposed order from Defendant Goodrich Corporation ("Goodrich"), requesting that the Court dismiss certain crossclaims against it (the "Proposed Order"). (ECF No. 119.) The Court has carefully considered the parties' submissions and decides the matter without oral argument under Local Civil Rule 78.1. Accordingly, for the reasons set forth in the accompanying memorandum opinion and other good cause shown,

**IT IS**, on this 2nd day of February 2022, **ORDERED** as follows:

1.    Plaintiffs' Motion to Remand (ECF No. 117) is **GRANTED**.

2.    The Clerk shall remand this case to the Superior Court of New Jersey, Middlesex County, Civil Division.

3.    Goodrich's Proposed Order (ECF No. 119) is **DENIED** as moot.

4.    The Clerk shall close this case.

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE